AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

MARIO FIDEL NIZ CHILEL

*Defendant(s)*

Case No. 22-381M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 3, 2022** in the county of **Sussex** in the
**___** District of **Delaware**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal Reentry of Previously Removed Alien |

FILED
NOV - 3 2022
U.S. DISTRICT COURT DISTRICT OF DELAWARE

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

John Hanlon, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/03/2022

*Judge's signature*

City and state: Wilmington, Delaware

Hon. Mary Pat Thynge, Chief U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
v. ) CRIM. ACT. NO. 22 - 381 M
)
Mario Fidel NIZ CHILEL )
)
Defendant. )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, John Hanlon, being duly sworn, does depose and say:

1. I am a Deportation Officer with the Department of Immigration & Customs Enforcement ("ICE"), a branch of the United States Department of Homeland Security ("DHS"), at the ICE office located in Dover, Delaware. I have been employed by Immigration and Customs Enforcement since January 2, 2007.

2. This investigation is based upon information provided in DHS/ICE records, National Crime Information Center ("NCIC") records, Federal Bureau of Investigation ("FBI") records, and by my own observations and previous interviews. Since this affidavit is only for purposes of establishing probable cause for an arrest pursuant to Title 8, United States Code, Section 1326(a) and (b)(1), not all facts related to this investigation are contained herein.

3. On or about May 3, 2021, the Maryland State Police conducted a traffic stop of the subject, Mario Fidel NIZ CHILEL, and notified the ICE ERO that a possible illegal alien was being detained on the side of the road. ICE database and NCIC record checks were conducted that indicated that NIZ CHILEL was a possible illegal alien from Guatemala. NIZ CHILEL was released from Maryland State Police custody before ICE could respond.

4. On November 3, 2022, your affiant arrested the subject in Sussex County, Delaware and obtained his fingerprints at the ICE office in Dover, Delaware. Officers queried NIZ CHILEL's fingerprints in ICE's automated database. The results of that query showed that these fingerprints matched Alien # XXXXXX494. Officers also searched NIZ CHILEL's fingerprints in the FBI database. These fingerprints matched an FBI # XXXXXEC0 for NIZ CHILEL.

5. Your affiant has reviewed DHS/ICE alien database records and NIZ CHILEL's alien file (XXXXXX494), which reflect the following:

a. NIZ CHILEL was born in Guatemala.

b. NIZ CHILEL originally entered the United States on an unknown date, at an unknown location without admission, inspection, or parole from an Immigration Official. NIZ CHILEL was encountered by Immigration Officers in 2007 while incarcerated in the California Department of Corrections.

c. NIZ CHILEL was convicted on or about August 26, 2004, in Los Angeles County, California for the offense of Lewd Act Upon a Child, in violation of Section 288(A) of the California Penal Code, a felony offense punishable by more than one year of incarceration.

d. On or about January 16, 2007, NIZ CHILEL was ordered removed to Guatemala as an aggravated felon as defined in section 237(a)(2)(A)(iii) of the Immigration and Nationality Act, as amended, because he was convicted of an aggravated felony as defined in section 101(a)(43)(A).

e. NIZ CHILEL was physically removed to Guatemala on February 28, 2007.

f. The records contain no indication that NIZ CHILEL had obtained permission from the United States government to re-enter the country.

WHEREFORE, Your affiant avers that there is probable cause to believe that Mario Fidel NIZ CHILEL, a citizen and alien of Guatemala, was found in the United States on November

3, 2022, after having been removed therefrom to Guatemala on February 28, 2007, subsequent to a felony conviction and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
John Hanlon, Deportation Officer
United States Immigration & Customs Enforcement

Subscribed and sworn to before me on this 3rd day of November 2022.

_____
HONORABLE MARY PAT THYNGE
Chief United States Magistrate Judge
District of Delaware

3